**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2371**

———————

KAREN HARRIS,

                    Plaintiff - Appellant,

        v.

CHANGE, INC.,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, Chief District Judge.  (5:12-cv-00118-JPB-JES)

———————

Submitted:  January 23, 2014          Decided:  January 27, 2014

———————

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Karen Harris, Appellant Pro Se.  Thomas E. Buck, Bruce M. Clarke, Jr., BAILEY & WYANT, PLLC, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Harris appeals the district court's orders granting summary judgment in favor of Defendant, Change, Inc., in her employment discrimination action and denying her motion to alter or amend that judgment. See Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Change, Inc., No. 5:12-cv-00118-JPB-JES (Oct. 9, 2013 & Nov. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED